FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD JAMES EGAN, SR.,<br>Plaintiff, | Civil Action No. 7:06CV00338 |
| v. | **ORDER** |
| VIRGINIA DEPT. OF<br>CORRECTIONS, et al.,<br>Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a preliminary injunction (docket #39) shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 8th day of November, 2006.

_____
United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 09 2006
JOHN F. CORCORAN, CLERK
BY: L. Bright
DEPUTY CLERK

Case 7:06-cv-00338-GEC-mfu  Document 45  Filed 11/09/06  Page 1 of 1  Pageid#: 341