```
CLERK'S OFFICE U.S. DIST. COURT
         AT ROANOKE, VA
              FILED

         DEC 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
         DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| EDWARD J. EGAN, SR., <br> Plaintiff, | Civil Action No. 7:06CV00338 |
| v. | **FINAL ORDER** |
| VIRGINIA DEPARTMENT OF <br> CORRECTIONS, et al., <br> Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The motions for summary judgment filed by Gene Johnson, David Robinson, Page True, Counselor Caruso, Counselor Drewery, and Dr. Theodore Thompson shall be and hereby are **GRANTED**;

2. Plaintiff's claims against the Virginia Department of Corrections shall be and hereby are **DISMISSED**, pursuant to 28 U.S.C. § 1915A, for failure to state a claim upon which relief may be granted;

3. All other pending motions shall be and hereby are **DENIED** as moot; and

4. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 21st day of December, 2006.

/s/ Glen E. Conrad
United States District Judge